No. 9079. GLACIER COUNTY and FRANCIS E. MANLEY, Plaintiffs and Respondents, v. FLORENCE SAMPLES HALL, Defendant and Appellant.
Decided Oct. 15, 1951.
236 Pac. (2d) 101.

*McCabe & McCabe*, Great Falls, for Appellant.
*Lloyd A. Murrills*, County Attorney, Cut Bank, for Respondent.

MR. CHIEF JUSTICE ADAIR:
On written praecipe of E. J. McCabe, counsel for the appellant Florence Samples Hall, representing that the cause has been

fully compromised and settled as to respondents Glacier County and Francis E. Manley and the appellant Florence Samples Hall and directing a dismissal of the appeal;

It is ordered that the appeal be and it is dismissed with prejudice.